**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Jose Gilberto VILLATORO–ORTEZ,**
**Defendant–Appellant.**

**No. 13–40618**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 13, 2015.

Julia Bowen Stern, Renata Ann Gowie, Assistant U.S. Attorneys, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, and PRADO and HAYNES, Circuit Judges.

PER CURIAM: *

Jose Gilberto Villatoro–Ortez (Villatoro) appeals the sentence imposed following his guilty plea conviction for being unlawfully present in the United States following removal. He argues that the district court erred by applying a 16–level enhancement for his being removed following a conviction for a drug trafficking offense for which the sentence was greater than 13 months of imprisonment.

Villatoro's sentence has expired, and he has been released. Accordingly, the appeal of his sentence is moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382 (5th Cir.2007); *United States v. Ramon,* 320 F.3d 519, 519–20 (5th Cir. 2003).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.